No. 93–1832. LANGLEY v. JACKSON STATE UNIVERSITY ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1835. 1605 BOOK CENTER, INC. v. TAX APPEALS TRIBUNAL OF NEW YORK ET AL. Ct. App. N. Y. Certiorari denied.

No. 93–1836. PEELER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–1839. ATLANTIC STATES LEGAL FOUNDATION, INC. v. EASTMAN KODAK CO. C. A. 2d Cir. Certiorari denied.

No. 93–1840. HUDSON v. VARNEY ET AL. Ct. App. N. Y. Certiorari denied.

No. 93–1842. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–1843. LANDERS SEED CO., INC., ET AL. v. CHAMPAIGN NATIONAL BANK ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–1845. PETERS v. DELAWARE RIVER PORT AUTHORITY OF PENNSYLVANIA AND NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 93–1847. CHING LUEN ENTERPRISES CO. v. MASON ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1848. DANESHVAR v. UNIVERSITY OF WEST VIRGINIA BOARD OF TRUSTEES. Cir. Ct. Kanawha County, W. Va. Certiorari denied.

No. 93–1849. HUNKINS, INDIVIDUALLY AND DBA MUSE TEN CENTER, ET AL. v. CITY OF MINNEAPOLIS ET AL. Ct. App. Minn. Certiorari denied.

No. 93–1850. CHoPP COMPUTER CORP., INC. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1851. DURR ET AL. v. INTERCOUNTY TITLE COMPANY OF ILLINOIS. C. A. 7th Cir. Certiorari denied.